UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

ABSOLEM STEVEN-JAMAR THOMAS,

        Petitioner,

Case No. 1:20-cv-272

v.

Honorable Paul L. Maloney

GREGORY SKIPPER,

        Respondent.

_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  April 21, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge