UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ABSOLEM STEVEN-JAMAR THOMAS,

        Petitioner,            Case No. 1:20-cv-272

v.                                   Honorable Paul L. Maloney

GREGORY SKIPPER,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of subject matter jurisdiction.

Dated:  April 21, 2020                        /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge